Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-09-00660-CV

## IN THE INTEREST OF E.M.L.T.C.R., CHILD

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-02451
Honorable Charles E. Montemayor, Judge presiding

Opinion by:      Sandee Bryan Marion, Justice

Sitting:         Sandee Bryan Marion, Justice
                 Rebecca Simmons, Justice
                 Marialyn Barnard, Justice

Delivered and Filed:  August 18, 2010

AFFIRMED

This is an appeal from the trial court's termination of appellant's parental rights. The record on appeal contains a copy of the reporter's record from the termination hearing. Appellant's court-appointed attorney filed a brief in which counsel concludes the trial court did not err in ruling that appellant's points of appeal are frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights). Counsel provided appellant with a copy of the brief. Appellant was informed of her right to review the record and advised of her right to file a pro se

brief. Appellant filed a brief in which she states she sees no reason her child could not live with the grandparents while appellant continues to become more stable for her child.

After reviewing the record of the termination hearing, counsel's brief, and appellant's pro se brief, we agree the appeal is frivolous and without merit. The judgment of the trial court is affirmed. We GRANT counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Sandee Bryan Marion, Justice